UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORRILL MOTORS, INC. )
)
v. ) NO. 2:03-CV-279
)
UNOVA INDUSTRIAL AUTOMATION )
SYSTEMS, INC. )

**O R D E R**

After careful consideration of the defendant's objection to the United States Magistrate Judge's order granting the plaintiff's motion to amend complaint, it is hereby **ORDERED** that the objection is **DENIED**. [Doc. 35]. It is further **ORDERED** that the defendant's motion to continue is **GRANTED**, [Doc. 36], and the trial of this matter is hereby **CONTINUED** from September 6, 2005 to January 24, 2006. It is **ORDERED** that the following new dates are set in this cause:

1. Additional Rule 26(a)(1) disclosures shall be made by the plaintiff on or before April 1, 2005.

2. Discovery shall be completed by September 15, 2005.

3. Disclosure of any additional expert testimony shall be made by the plaintiff on or before June 15 2005, and by the defendants on or before July 15, 2005. Objections to expert witness qualifications shall be made by August 15, 2005.

4. The parties shall exchange final exhibit lists, damage lists, designation of depositions, and witness lists no later than July 11, 2005.

5. Dispositive motions must be filed by October 1, 2005.

6. All other motions including motions in limine must be filed no later than November 29, 2005. Responses to motions in limine must be filed no later than December 6, 2005.

7. Depositions for proof shall be completed by November 21, 2005.

8. On or before November 21, 2005, the parties shall jointly notify the Court, in a pleading to be filed in the same manner as other pleadings, as to whether or not an agreement has been reached by the parties to utilize mediation. If no agreement to utilize mediation has been reached by the parties, the pleading must contain a statement that the matter is not suitable for mediation and the reasons therefore. Unless the matter is shown not to be suitable for mediation, the Court may, with or without the agreement of the parties, and except for those cases exempted pursuant to Local Rule 16.3, refer all or part of the underlying dispute to mediation.

9. The final pretrial conference in this matter will be held before the Court at 9:00 A.M. on December 20, 2005. The parties are

**DIRECTED** to review the scheduling order in this cause for a list of items that must be filed on that date.

ENTER:

s/J. RONNIE GREER  
UNITED STATES DISTRICT JUDGE